REBECCA GLICK, Appellant, v. MAX GOLDBERG and Another, Respondents.— Order setting aside verdict and granting new trial reversed upon the law, and verdict* reinstated, with costs of the trial and this appeal, upon the ground that the verdict was not excessive as matter of law, and that there was no error in the disclosure by the defendants' witness of the fact of insurance in her irresponsive answer to a question put by plaintiff's counsel. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur.

ANNA C. GROSSMAN, Respondent, v. THE EQUITABLE TRUST COMPANY, Appellant, Impleaded with Others, Defendants.— Order granting plaintiff's motion for examination of defendant Equitable Trust Company reversed on the law and· the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The facts set forth in the affidavits submitted in behalf of the plaintiff do not make out a cause of action, direct or derivative, against the defendant Equitable Trust Company, which is essential to the granting of a motion for an examination for the purpose of framing a complaint. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

JOSEPHINE R. GUCHIA, Appellant, v. DROFDEB OPERATING COMPANY, Respondent.— Judgment upon nonsuit reversed upon the law and new trial granted, with costs to abide the event. We think the invitation to the plaintiff to come down to the seats, followed by the sudden darkening of the theatre while she was on her way, presented a question of fact for the jury. Kelly, P. J., Rich, Young and Lazansky, JJ., concur; Kapper, J., dissents upon the authority of *Pattison v. Livingston Amusement Co.* (156 App. Div. 368).

GEORGE O. HANSHEW, Respondent, v. HERDAN REALTY CORPORATION, Appellant.— Order denying defendant's motion to vacate notice of examination and subpœna duces tecum modified so as to permit the examination as to item 2, " The condition of the building on said premises on the 10th day of October, 1925, and the condition of the building subsequent thereto." In all other respects order reversed upon the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

HARRY BERNSTEIN CUT STONE COMPANY, INC., Respondent, v. GUSSIE GROSSBART and Others, as Executors, etc., of FRANK GROSSBARD, Deceased, and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Acting by and through the Commissioner of Plant and Structures, Relative to Acquiring Right and Title to and Possession of Certain Real Property, etc., for Ferry Purposes at and Near the Foot of Hamilton Avenue and Sackett Street, in the Borough of Brooklyn, etc. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Respondent.— Final decree affirmed, with costs. No opinion. Kelly, P. J., Jaycox, Manning and Young, JJ., concur; Kapper, J., dissents.

In the Matter of the Application of the CITY OF NEW YORK, Appellant, Acting by and through the Commissioner of Plant and Structures, Relative to Acquiring

---

* Verdict was for $3,000.— [REP.